IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-173-BO

| | |
|---|---|
| OPHELIA WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE & ACCIDENT )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | ORDER |

This action comes before the Court following transfer from the Western District of Kentucky.

For the efficient administration of justice in this Court, the parties are DIRECTED to confer and file a status report within twenty-one (21) days of the date of entry of this order. At that time, the parties should also submit a new proposed briefing schedule, as any existing scheduling deadlines from the Western District of Kentucky are hereby VACATED. Further, it appears to the Court that there is one pending motion which was filed in the Western District of Kentucky that is ripe for ruling. This motion is presently DENIED WITHOUT PREJUDICE. [DE 24].

SO ORDERED, this _15_ day of June, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE